In re TOWNS OF LEWISBORO, POUN-DRIDGE, AND BEDFORD. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) In the matter of the application of the city of New York to acquire certain real estate in the towns of Lewisboro, Poundridge, and Bedford, Westchester county, N. Y., for the Cross River dam and reservoir, first division, Westchester county. No opinion. Order affirmed, with $10 costs and disbursements.

TOWN TOPICS CO. v. COLLIER. MANN v. SAME. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Actions by the Town Topics Company against Peter F. Collier, and by W. D. Mann against Peter F. Collier. No opinions. Motions denied, with $10 costs, in each case. Orders filed.

TOWN TOPICS CO., Appellant, v. COLLIER et. al., Respondent. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by the Town Topics Company against Peter F. Collier and another. C. J. Craig, for appellant. J. V. Judge, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 114 App. Div. 191, 99 N. Y. Supp. 575.

TRIEST, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by Hans Triest against the city of New York. No opinion. Judgment (55 Misc. Rep. 459, 105 N. Y. Supp. 571) affirmed, with costs.

TROJAN RY. CO. v. CITY OF TROY et al. (Supreme Court, Appellate Division, Third Department. May 22, 1908.) Action by the Trojan Railway Company against the city of Troy and others. No opinion. Motion granted, and question certified as follows: "Does the complaint state facts sufficient to constitute a cause of action?"

TRUST CO. OF NEW YORK, Respondent v. UNIVERSAL TALKING MACH. CO. et. al., Appellants. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by the Trust Company of New York against the Universal Talking Machine Company and others. G. Lange, Jr., for appellants. W. G. Morse, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs. Order filed. See 122 App. Div. 923, 108 N. Y. Supp. 1149.

TUCH, Respondent, v. IBERT, Appellant. (Supreme Court, Appellate Division, Second Department. April 24, 1908.) Action by Michael Tuch against Frank Ibert. No opinion. Judgment of the Municipal Court affirmed, with costs.

TURNBULL v. JONES. (Supreme Court, Appellate Division, First Department. May 15, 1908). Action by Edward A. Turnbull against George R. Jones. No opinion. Motion granted, with $10 costs. Order filed.

TUTHILL et al., Appellants, v. ROLFE, Respondent. (Supreme Court, Appellate Division, First Department. May 29, 1908.) Action by William N. Tuthill and another against James A. Rolfe. A. D. Pape, for appellants. W. H. Knapp, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

HOUGHTON and SCOTT, JJ., dissent.

TWELFTH WARD BANK OF NEW YORK, Appellant, v. KATZ, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by the Twelfth Ward Bank of New York against Charles Katz. M. C. Katz, for appellant. J. G. Guggenheimer, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ULLMAN, Appellant, v. CORN EXCHANGE BANK, Respondent. (Supreme Court, Appellate Division, First Department. April 24, 1908.) Action by David I. Ullman against the Corn Exchange Bank. A. A. Walter, for appellant. D. G. George, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

UNION TRUST CO., Appellant, v. FINUCANE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by the Union Trust Company against Thomas R. Finucane. No opinion. Motion for leave to appeal to Court of Appeals denied.

UNION TRUST CO., Appellant, v. RAUBER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by the Union Trust Company against John N. Rauber. No opinion. Motion for leave to appeal to Court of Appeals denied.

UNION TRUST CO., Appellant, v. SICKELS, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 6, 1908.) Action by the Union Trust Company against Harry P. Sickels. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs.

UNITED STATES, Respondent, v. PAVEK, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1908.) Action by the United States of America against John G. Pavek. No opinion. Motion denied, with $10 costs.

UNITED STATES TRUST CO. v. GREENOUGH. (Supreme Court, Appellate Division, First Department. May 15, 1908.) Action by the United States Trust Company against Charlotte Greenough. No opinion. Motion granted, with $10 costs. Order filed.

VAN HEUSEN v. DE MERCY ARGENTEAU. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Ada O. Van Heusen against De Mercy Argenteau. No opinion. Motion granted, and question certified. Order filed.